## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

|  |  |
|---|---|
| MAURER, | : |
|  | : |
| Plaintiff, | : |
|  | : |
| v. | : Case No. 1:24-cv-07510-ESK-EAP |
|  | : |
| BLEZNAK ENTERPRISES, INC., | : |
|  | : |
| Defendant. | : |
| _____ | : |

### NOTICE OF SETTLEMENT

The Plaintiff hereby informs the Court that the parties have achieved a resolution in the above-captioned matter, are finalizing the settlement documents, and expect to file dismissal papers within the next sixty days.

Respectfully submitted this 17th day of November 2025,

/s/ Jon G. Shadinger Jr.
Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
2220 N East Avenue
Vineland, NJ 08360
(609) 319-5399
js@shadingerlaw.com
*Attorney for Plaintiff, Dennis Maurer*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of November 2025, I electronically filed a true and correct copy of the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Jon G. Shadinger Jr.*
Jon G. Shadinger Jr., Esq.
